1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAFAEL ARROYO,

              Plaintiff,

    v.

ADVANTAGE HOSPITALITY, LLC, a
Delaware Limited Liability Company

              Defendant.

Case No.: 2:21-cv-00257-KJM-KJN

**ORDER STAYING FURTHER
PROCEEDINGS AND DEADLINES**

Action Filed: Feb. 10, 2021

Trial Date:  TBD
Final Pretrial Conference:  TBD

69062676v.1
69427893v.1

1    Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and

2   Deadlines, and good cause appearing, the Court ORDERS:

3   1.    All dates, deadlines, and further activity in this case are stayed pending decisions

4   by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-154, *Arroyo v.*

5   *JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No 21-55227

6   (collectively, "Appeals").

7   2.    The Parties shall submit a joint status report within fourteen (14) days after the

8   opinion in the last of the three cases cited herein is issued, which informs the Court how

9   the parties intend to proceed with this case in light of the rulings in the Appeals.

10   DATED:  April 20, 2021.

11

12

13                              CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28