CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

SEYFARTH SHAW LLP
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Ste 2350
Sacramento, CA 95814-4428
Telephone:(916) 448-0159
Facsimile:(916) 558-483

Attorney for Defendant
ADVANTAGE HOSPITALITY, LLC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL ARROYO**, <br><br> Plaintiff, <br><br> v. <br><br> **ADVANTAGE HOSPITALITY, LLC.**, a Delaware Limited Liability Company, <br><br> Defendants | Case No.: 2:21-cv-00257-KJM-KJN <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO** <br> **F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this entire action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: 12/28/2022                  CENTER FOR DISABILITY ACCESS

By: /s/ *Isabel Rose Masanque*
Isabel Rose Masanque

Attorneys for Plaintiff

Dated: 12/28/2022                  SEYFARTH SHAW LLP

By: /s/ Jeffrey A. Nordlander
Jeffrey A. Nordlander

Attorney for Defendant
ADVANTAGE HOSPITALITY, LLC.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jeffrey A. Nordlander, counsel for ADVANTAGE HOSPITALITY, LLC., respectively, and that I have obtained Attorney Nordlander's authorization to affix their electronic signature to this document.

Dated: 12/28/2022        CENTER FOR DISABILITY ACCESS

                                      By: /s/Isabel Rose Masanque
                                      Isabel Rose Masanque

                                      Attorneys for Plaintiff